THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Avery Davenport,       
Appellant.
 
 
 

Appeal From Richland County
Costa M. Pleicones, Circuit Court Judge

Unpublished Opinion No. 2003-UP-001
Submitted October 22, 2002  Filed January 
 6, 2003   

APPEAL DISMISSED

 
 
 
Tara  Shurling, of Columbia; for Appellant.
Attorney General Charles M. Condon; Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General B. Allen Bullard; 
 Assistant Deputy Attorney General Charles H. Richardson, of Columbia; Warren 
 Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Avery Davenport appeals his 
 convictions and sentences for first degree criminal sexual conduct and petit 
 larceny.  Counsel for Davenport attached to the final brief a petition to be 
 relieved as counsel.  Davenport did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Davenports 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., concur.